**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7223**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JERMAINE BROWN, a/k/a Jeezy,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:09-cr-00063-RBS-TEM-10; 4:13-cv-00041-RBS)

_____

Submitted: December 17, 2015      Decided: December 22, 2015

_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jermaine Brown, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Timothy Richard Murphy, Special Assistant United States Attorney, Kristine Elizabeth Wolfe, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia; Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Brown appeals from the district court's orders construing his Fed. R. Civ. P. 60(b) motion as an unauthorized successive 28 U.S.C. § 2255 (2012) motion and dismissing it on that basis, and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, Nos. 4:09-cr-00063-RBS-TEM-10; 4:13-cv-00041-RBS (E.D. Va. Apr. 24, 2015; June 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED